## SHANKS *v.* LUCAS, Administrator.—In error.

*Tuesday,*    IF a person entitled to a land-certificate under the act of
*May, 29.*   congress of the 23d of *May,* 1828, die, the certificate issues
             to his heirs. Whether, when the certificate has so issued
             and there is a deficiency of assets, the executor or admin-
             istrator can require the certificate or its value from the
             heirs?—*quære.*